JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILES,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | Case No. CV 15-3393-PA (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: September 12, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE